### 52265. MATHIS v. COPELAND.

WEBB, Judge.

Mathis was injured when the automobile in which he was a passenger collided with the one driven by Copeland. He sued and received a verdict of $600 for his injuries. The only issue on appeal is whether there was sufficient evidence for the jury to determine any damages as a result of loss of earnings.

The trial judge, who allowed unlimited direct examination of Mathis in an attempt to establish his earning capacity as a then unemployed but sometimes odd job laborer, correctly decided that his testimony gave

no evidence from which the jury could ascertain, except by conjecture and speculation, a reasonable basis to determine lost wages. "Where a party sues for specific damages he has the burden of showing the amount of loss claimed in such a way that the jury may calculate the amount of loss from the data furnished and will not be placed in a position where an allowance of the loss is based on guesswork. [Cit.]" *Studebaker Corp. v. Nail*, 82 Ga. App. 779, 785 (62 SE2d 198).

The trial judge properly instructed the jury not to consider any loss in earnings should they find that Mathis was entitled to recover.

*Judgment affirmed. Deen, P. J., and Quillian, J., concur.*

SUBMITTED MAY 24, 1976 — DECIDED JUNE 15, 1976.

*Mullis, Reynolds, Marshall & Horne, W. Carl Reynolds, Gerald S. Mullis,* for appellant.

*Harris, Watkins, Taylor & Davis, David B. Higdon,* for appellee.